UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, and PAUL DOE, by his Father and Next Friend, PAUL DOE, SR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BERWYN and NICHOLAS A. DIGUSTINO, <br><br> Defendants. | No. 04 C 2661 <br><br> JUDGE WILLIAM T. HART |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE COMING BEFORE the Court on the parties joint motion, all issues between the parties having been resolved pursuant to a Settlement Agreement and Release and the Court being advised in the premises. Each party is ordered to perform their obligations under the Settlement Agreement and Release.

IT IS HEREBY ORDERED that this cause is dismissed with prejudice, each party to bear their respective court costs and attorney's fees, but with leave to reinstate this cause to enforce the Settlement Agreement and Release if either party fails to perform their obligations under the Settlement Agreement and Release.

Date: 5/23/07

_____
Judge

CITY OF BERWYN

By: s:/Michael J. McGrath
One of its Attorneys

Michael J. McGrath
Odelson & Sterk, Ltd
3318 W. 95th Street
Evergreen Park, IL 60805
708-424-5678

JOHN DOE, and PAUL DOE, by his
Father and Next Friend, PAUL DOE, SR.

By: s:/Peter R. Coladarci
Attorney for Plaintiffs

3